# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** § | |
| § | |
| § | CASE NO. 4:22-CR-00253-ALM |
| **v.** § | |
| § | |
| § | |
| **CARLOS ELEAZAR SEGOVIA (5),** § | |

## ORDER ADOPTING UNITED STATES MAGISTRATE JUDGE'S REPORT AND FINDING DEFENDANT GUILTY

The Court referred this matter to the United States Magistrate Judge for administration of a guilty plea under Federal Rule of Criminal Procedure 11. The Magistrate Judge conducted a hearing in the form and manner prescribed by Rule 11 and issued Findings of Fact and Recommendation on Guilty Plea. The Magistrate Judge recommended that the Court accept Defendant's guilty plea and adjudge Defendant guilty on Count One of the Information.

The parties have not objected to the Magistrate Judge's findings. The Court hereby **ADOPTS** the Findings of Fact and Recommendation on Guilty Plea of the United States Magistrate Judge. The Court also accepts Defendant's plea but defers acceptance of the plea agreement until after review of the presentence report.

In accordance with Defendant's guilty plea, the Court finds Defendant Carlos Eleazar Segovia **GUILTY** of Count One of the Information, charging a violation of Title 21 U.S.C. § 846 - Conspiracy to Possess with the Intent to Distribute Marijuana in violation of 21 U.S.C. § 841(a)(1).

**SIGNED this 1st day of December, 2025.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE